IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **CHRISTOPHER VIRGESS,**<br>**AIS 247271,** | )<br>)<br>) |
| Petitioner, | )<br>) |
| vs. | )   CIVIL ACTION NO. 12-0431-CG-C<br>) |
| **KENNETH JONES,** | )<br>) |
| Respondent. | ) |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a <u>de</u> <u>novo</u> determination of those portions of the recommendation to which objection is made, the supplemental recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated November 16, 2012, is **ADOPTED** as the opinion of this Court.

**DONE and ORDERED** this 6th day of December, 2012.

/s/   Callie V. S. Granade
UNITED STATES DISTRICT JUDGE