**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **CHRISTOPHER VIRGESS,** | ) | |
| **AIS 247271,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **vs.** | ) | **CIVIL ACTION NO. 12-0431-CG-C** |
| | ) | |
| **KENNETH JONES,** | ) | |
| | ) | |
| **Respondent.** | ) | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a <u>de novo</u> determination of those portions of the recommendation to which objection is made, the supplemental recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated November 16, 2012, is **ADOPTED** as the opinion of this Court.

**DONE and ORDERED** this 6th day of December, 2012.

/s/   Callie V. S. Granade
UNITED STATES DISTRICT JUDGE